UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Rafael Fernandez Pena

Case No.   13-16848-AJC

Chapter 7

_____/

# TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE PURSUANT TO 11 U.S.C. §363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)

**Pursuant to Fed. R. Bankr. P. 6004 and Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of hearing or order if no objection to the use, sale or lease is filed within 21 from the date of service of this notice.**

Maria M. Yip (the "Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Rafael Fernandez Pena (the "Debtor"), files this Motion (the "**Motion**") to sell the Debtor's bankruptcy estate's right, title and interest in and to certain real property via private sale to Agro Growth Fund, Inc (the "**Buyer**"), subject to all liens, claims, encumbrances, and interests, pursuant to 11 U.S.C. § 363(b), Fed. R. Bank. P. 6004(f) and Local Rule 6004-1(D), and in support thereof the states as follows:

1. This is a voluntary chapter 7 bankruptcy case.

2. As set forth in the Debtor's bankruptcy schedules, the Debtor is the owner of certain real property commonly known as 11520 NW 82 terrace, Miami, FL 33178 (the "**Property**"). The Debtor does not claim this Property as exempt.

3. Based upon Trustee's review, the Debtor's bankruptcy estate has no equity in the Property. The Trustee had initially planned to abandon the Property; however, the Buyer has agreed to pay the Trustee the sum of $6,000.00 for the benefit of creditors, in

exchange for the Trustee's conveyance of all of the Debtor's bankruptcy estate's right, title and interest in and to the Property. A copy of the Agreement is annexed hereto.

4. Buyer agrees to reimburse the Estate for the costs associated with the service of the Trustee's Motion and Proposed Order to all creditors, not to exceed $100.00.

5. The proposed sale is subject to all existing liens, claims, encumbrances, and interests. The sale is further without representation or warranties and the Property is being taken "AS IS" "WHERE IS" with all faults and conditions.

6. In light of the fact that the Trustee was going to otherwise abandon the Property, this sale is clearly a benefit to the estate.

7. The Trustee is not seeking relief under 11 U.S.C. §§ 363(f), (g) or (h).

8. Based upon the foregoing, the Trustee respectfully request the entry of an Order authorizing her to sell the Estate's right, title and interest in and to the Property pursuant to 11 U.S.C. § 363(b) to Buyer for the sum of $6,000.00

WHEREFORE, the Trustee respectfully requests the entry an order, substantially in the form attached hereto, granting the relief requested herein and awarding any additional relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served to all parties on the attached service list and was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the following on May 21, 2013:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Mary Reyes, Esq on behalf of Debtor Rafael Fernandez Pena
rcjlawecf@gmail.com, rcjlawpa@aol.com

Signed:   /s/ Maria M. Yip, Trustee
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone:  305-908-1862
Facsimile:  786-800-3903
trustee@yipcpa.com

**AGREEMENT TO PURCHASE ESTATE'S INTEREST IN REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(b) IN CASE STYLED**
*In re Rafael Fernandez Pena et al.*, Case No. 13-16848 AJC, pending in the
U.S. Bankruptcy Court for the Southern District of Florida, Miami Division ("Bankruptcy Court")

**Agro Growth Fund, Inc.**, (the "Buyer"), hereby offers to purchase from **Maria Yip** ("Seller"), the duly appointed and acting Chapter 7 trustee for the bankruptcy estate of Rafael Fernandez Pena, the following asset on the following terms and conditions:

1. Asset. The asset to be acquired pursuant to this offer consists of the Seller's right, title, and interest in and to that certain real property commonly known as 11520 NW 82 Terrace, Miami, Florida 33178 (the "Asset").

2. Purchase Price. Cash in the amount of Six Thousand Dollars ($6,000.00) (the "Purchase Price").

3. Terms. The sale of the Asset will be "AS IS, WHERE IS" with all faults and conditions, shall contain no representations and warranties from the Seller, and will be subject to all liens, claims, encumbrances, and interests whether known or unknown. Buyer has not relied upon any information or documentation provided by the Seller or any agent of the Seller in entering into this Agreement.

4. Closing. Closing will be within 3 business days that the proposed sale herein is authorized pursuant to the terms of Local Rule 6004-1(D). At closing, the Buyer shall pay Seller cash in an amount equal to the Purchase Price. In exchange, Seller will deliver the attached original executed trustee's deed to the Buyer pursuant to the terms set forth above. The Buyer shall be responsible for payment of any and all fees and taxes imposed by any governmental agency arising from or related to the sale of the asset such as, but not limited to, sales taxes, documentary stamps, recording fees and other similar expenses.

5. Miscellaneous Provisions. Buyer acknowledges that Seller must file a motion in the Debtor's bankruptcy case pursuant to Local Rule 6004-1(D) before closing the transaction contemplated herein. This Agreement represents the entire agreement of the parties hereto and supersedes all other agreements between the parties, whether oral or in writing, concerning the Asset. This Agreement shall be construed in accordance with the laws of the State of Florida. Jurisdiction over any dispute under this Agreement shall be in the Bankruptcy Court presiding over the Debtor's bankruptcy estate. This Agreement may be executed in separate counterparts and facsimile signatures shall be deemed originals.

Agro Growth Fund, Inc.

By _____

Name: Evan Kagan

Title: Pres.

Accepted on May 20, 2013
_____
Maria Yip, not individually, but solely as
Chapter 7 trustee for the bankruptcy estate
of Rafael Fernandez Pena

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-16848-AJC<br>Southern District of Florida<br>Miami<br>Tue May 21 09:32:57 EDT 2013 | Accelerated Recovery Services, Inc.<br>POB 2368<br>Redwood City, CA 94064-2368 | Aegis Mortgage Corp<br>3250 Briarpark Dr Ste 40<br>Houston, TX 77042-4462 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | Amex<br>4315 S 2700 W<br>Salt Lake City, UT 84184-0001 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| Aurorabank<br>601 5th Avenue<br>Scottsbluff, NE 69361-3581 | Bac/Fleet-Bkcard<br>200 Tournament Dr<br>Horsham, PA 19044-3606 | Bank Of America<br>Po Box 982235<br>El Paso, TX 79998-2235 |
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998-2235 | Cap One Na<br>8401 Connecticut Avenue<br>Chevy Chase, MD 20815-5803 | Carmax Auto Finance<br>2040 Thalbro St<br>Richmond, VA 23230-3200 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Manhattan Mtge<br>3415 Vision Dr<br>Columbus, OH 43219-6009 | Chase Na<br>2500 Westfield Dr<br>Elgin, IL 60124-7836 |
| Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Gecrb/Discount Tire<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Gecrb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 | Gecrb/Modernage<br>Po Box 981439<br>El Paso, TX 79998-1439 | Indymac Bk<br>6900 Beatrice Drive  Po Box 4045<br>Kalamazoo, MI 49003-4045 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Miami Dade County Tax Collector<br>140 W. Flagler Street<br>Suite 1407<br>Miami, FL 33130-1561 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Radio/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Select Portfolio Svcin<br>Po Box 65250<br>Salt Lake City, UT 84165-0250 |
| Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Td Auto Finance<br>Po Box 9223<br>Farmington Hills, MI 48333-9223 | Visdsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 |

```
(p)WACHOVIA DEALER SERVICES INC         Wffnatbank                              Wffnatbank
BK DEPARTMENT                           P. O. Box 94498  Branch 3827            Po Box 94498
PO BOX 19657                            Las Vegas, NV 89193-4498                Las Vegas, NV 89193-4498
IRVINE CA 92623-9657


Maria Yip                               Mary Reyes Esq                          Rafael Fernandez Pena
201 Alhambra Cir # 501                  782 NW 42 Ave #447                      POB 527721
Coral Gables, FL 33134-5105             Miami, FL 33126-5549                    Miami, FL 33152-7721
```

    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance                  Wfds/Wds
201 Little Falls Dr                     Po Box 1697
Wilmington, DE 19808                    Winterville, NC 28590
```

    The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                                (d)Chase                                End of Label Matrix
                                        Po Box 15298                            Mailable recipients    35
                                        Wilmington, DE 19850-5298               Bypassed recipients     2
                                                                                Total                  37
```

PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In Re:                                                          Case No. 13-16848-AJC

Rafael Fernandez Pena                                           Chapter 7 Proceeding


_____Debtor(s)_____    /

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SELL
ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE
PURSUANT TO
11 U.S.C. § 363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

THIS CAUSE came before the Court upon consideration of the *Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. §363(B), Fed. R. Bankr. P. 6004(F), and Local Rule 6004-1(D)* ("Motion") filed by Maria M. Yip ("Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Rafael Fernandez Pena ("Debtor"). The Court, noting that the Motion was served on all creditors and parties in interest, that no objection was filed to the Motion, and finds that the relief sough

in the Motion is reasonable and in the best interest of the creditors and the Debtor's bankruptcy estate, and being otherwise fully advised in the premises, hereby, **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to take any and all actions and execute any and all documents necessary to effectuate the sale of 11520 NW 82 terrace, Miami, FL 33178 to Agro Growth Fund, Inc pursuant to the terms of the Agreement to Purchase Estate's Interest in Real Property Pursuant to 11 U.S.C. § 363(b).

3. The Court retains jurisdiction to modify, interpret or enforce the terms of the Agreement.

###

**Submitted by:**
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee
*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*