UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Robert S. Sayre
Olga Lidia Reyes

Case No.  13-17529-RAM

Chapter 7

_____/

**TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE PURSUANT TO 11 U.S.C. §363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

**Pursuant to Fed. R. Bankr. P. 6004 and Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of hearing or order if no objection to the use, sale or lease is filed within 21 from the date of service of this notice.**

Maria Yip (the "Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Robert S. Sayre and Olga Lidia Reyes (collectively, the "Debtors"), files this Motion (the "**Motion**") to sell the Debtors' bankruptcy estate's right, title and interest in and to certain real property via private sale to ALR52 Land Trust (the "**Buyer**"), subject to all liens, claims, encumbrances, and interests, pursuant to 11 U.S.C. § 363(b), Fed. R. Bank. P. 6004(f) and Local Rule 6004-1(D), and in support thereof the states as follows:

1. This is a voluntary chapter 7 bankruptcy case.

2. As set forth in the Debtors' bankruptcy schedules, the Debtors are the owner of certain real property commonly known as 181 SW 52 Terrace, Plantation, FL 33137 (the "**Property**"). The Debtors do not claim this Property as exempt.

3. Based upon Trustee's review, the Debtors' bankruptcy estate has no equity in the Property. The Trustee had initially planned to abandon the Property; however, the Buyer has agreed to pay the Trustee the sum of $6,050.00 for the benefit of creditors, in exchange for the Trustee's conveyance of all of the Debtors' bankruptcy estate's right, title and interest in and to the Property.  A copy of the Agreement is annexed hereto.

4. Buyer agrees to reimburse the Estate for the costs associated with the service of the Trustee's Motion and Proposed Order to all creditors, not to exceed $100.00.

5. The proposed sale is subject to all existing liens, claims, encumbrances, and interests. The sale is further without representation or warranties and the Property is being taken "AS IS" "WHERE IS" with all faults and conditions.

6. In light of the fact that the Trustee was going to otherwise abandon the Property, this sale is clearly a benefit to the estate.

7. The Trustee is not seeking relief under 11 U.S.C. §§ 363(f), (g) or (h).

8. Based upon the foregoing, the Trustee respectfully request the entry of an Order authorizing her to sell the Estate's right, title and interest in and to the Property pursuant to 11 U.S.C. § 363(b) to Buyer for the sum of $6,050.00.

**WHEREFORE**, the Trustee respectfully requests the entry an order, substantially in the form attached hereto, granting the relief requested herein and awarding any additional relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served to all parties on the attached service list and was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the following on May 31, 2013:

James B Flanigan on behalf of Creditor VT Inc. as Trustee of World Omni LT
jbf@trippscott.com

Kathe Kozlowski on behalf of Debtors Robert S. Sayre and Olga Lidia Reyes
kathe_kozlowski@earthlink.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Tennille M. Shipwash, Esq. on behalf of Creditor Ocwen Loan Servicing, LLC.
tennille.Shipwash@gmlaw.com, Bankruptcy@gmlaw.com

Signed:  /s/ Maria M. Yip, Trustee
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

AGREEMENT TO PURCHASE ESTATE'S INTEREST IN REAL PROPERTY
PURSUANT TO 11 U.S.C. § 363(b) IN CASE STYLED
*In re Robert S. Sayre & Olga Lidia Reyes et al.*, Case No. 13-17529 RAM, pending in the
U.S. Bankruptcy Court for the Southern District of Florida, Miami Division ("Bankruptcy Court")

ALR52 Land Trust, (the "Buyer"), hereby offers to purchase from Maria Yip ("Seller"), the duly appointed and acting Chapter 7 trustee for the bankruptcy estate of Robert S. Sayre & Olga Lidia Reyes, the following asset on the following terms and conditions:

1. Asset. The asset to be acquired pursuant to this offer consists of the Seller's right, title, and interest in and to that certain real property commonly known as 181 SW 52 Terrace, Plantation, Florida 33137 (the "Asset").

2. Purchase Price. Cash in the amount of Six Thousand and Fifty Dollars ($6,050.00) (the "Purchase Price").

3. Terms. The sale of the Asset will be "AS IS, WHERE IS" with all faults and conditions, shall contain no representations and warranties from the Seller, and will be subject to all liens, claims, encumbrances, and interests whether known or unknown. Buyer has not relied upon any information or documentation provided by the Seller or any agent of the Seller in entering into this Agreement.

4. Closing. Closing will be within 3 business days that the proposed sale herein is authorized pursuant to the terms of Local Rule 6004-1(D). At closing, the Buyer shall pay Seller cash in an amount equal to the Purchase Price. In exchange, Seller will deliver the attached original executed trustee's deed to the Buyer pursuant to the terms set forth above. The Buyer shall be responsible for payment of any and all fees and taxes imposed by any governmental agency arising from or related to the sale of the asset such as, but not limited to, sales taxes, documentary stamps, recording fees and other similar expenses.

5. Miscellaneous Provisions. Buyer acknowledges that Seller must file a motion in the Debtor's bankruptcy case pursuant to Local Rule 6004-1(D) before closing the transaction contemplated herein. This Agreement represents the entire agreement of the parties hereto and supersedes all other agreements between the parties, whether oral or in writing, concerning the Asset. This Agreement shall be construed in accordance with the laws of the State of Florida. Jurisdiction over any dispute under this Agreement shall be in the Bankruptcy Court presiding over the Debtor's bankruptcy estate. This Agreement may be executed in separate counterparts and facsimile signatures shall be deemed originals.

ALR52 Land Trust

By _[signature]_
Name: Jean Norton
Title: Director

Accepted on May 31, 2013

_[signature]_
Maria Yip, not individually, but solely as Chapter 7 trustee for the bankruptcy estate of Robert S. Sayre & Olga Lidia Reyes

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-17529-RAM<br>Southern District of Florida<br>Miami<br>Fri May 31 17:47:21 EDT 2013 | Ocwen Loan Servicing, LLC.<br>Greenspoon Marder, P.A.<br>c/o Tennille Shipwash, Esq.<br>Trade Centre South, Suite 700<br>100 Cypress Creek Road<br>Fort Lauderdale, FL 33309-2181 | VT Inc. as Trustee of World Omni LT<br>c/o James B. Flanigan, Esquire<br>110 SE 6 St #15 FL<br>Ft Lauderdale, FL 33301-5004 |
| (p)ADMIN RECOVERY<br>45 EARHART DR<br>SUITE 102<br>WILLIAMSVILLE NY 14221-7809 | Asset Acceptance Corp.<br>P.O. Box 2036<br>Warren, MI 48090-2036 | Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Bank USA NA<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Childrens Place/ Citibank<br>P.O. Box 6457<br>Sioux Falls, SD 57117 | Citibank / Sears<br>Box 6062<br>Sioux Falls, SD 57117-6062 |
| FIA CSNA<br>P.O. box 15026<br>Wilmington, DE 19850-5026 | GMAC Mortgage LLC<br>c/o GreenSpoon Marder PA<br>Trade Center South, Suite 700<br>100 W. Cypress Creek Rd<br>Fort Lauderdale, FL 33309-2181 | Home Projects VISA<br>CSCL Dispute Team<br>MAC N8235-04 M<br>P.O. Box 14517<br>Des Moines, IA 50306-3517 |
| ID Consultants, Inc.<br>2300 South Congress Ave. Ste 100<br>Boynton Beach, FL 33426-7400 | J C Chirstianson Inc.<br>P.O. Box 519<br>Saulk Rapids, MI 56379-0519 | JC Penney<br>P.O. Box 965009<br>Orlando Fl 32896-5009 |
| JC Penney / GEMB<br>P.O. Box 98-1402<br>El Paso, TX 79998-1402 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Seterus<br>P.O. Box 2008<br>Grand Rapids, MI 49501-2008 |
| Shell Citibank SD<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | Southeast Toyota Finance<br>P.O. Box 70831<br>Charlotte, NC 28272-0831 | Stellar Recovery Inc.<br>1327 Highway 2 West, Ste 100<br>Kalispell, MT 59901-3413 |
| UM Health<br>P.O. Box 1270<br>Bangor, ME 04402-1270 | Volt Viewtech, Inc.<br>Attn: Jim Mclain, Pres<br>POB 7162<br>Pasadena, CA 91109-7162 | Wells Fargo Financial National Bank<br>Documentation Dept MAC N0003-04E<br>800 Walnut Street<br>Des Moines, IA 50309-3605 |
| Kathe Kozlowski<br>PO Box 1364<br>DeFuniak Springs, FL 32435-7364 | Maria Yip<br>201 Alhambra Cir # 501<br>Coral Gables, FL 33134-5105 | Olga Lidia Reyes<br>2425 W. 76 Street #109<br>Hialeah, FL 33016-5669 |
| Robert S. Sayre<br>2425 W. 76 Street  #109<br>Hialeah, FL 33016-5669 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Admin Recovery
9159 Main Street
Clarence, NY 14031

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients   27
Bypassed recipients    1
Total                 28

PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In Re:                                                              Case No. 13-17529-RAM

Robert S. Sayre                                                 Chapter 7 Proceeding
Olga Lidia Reyes


            Debtor(s)                             /

### ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE PURSUANT TO 11 U.S.C. § 363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)

THIS CAUSE came before the Court upon consideration of the *Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. §363(B), Fed. R. Bankr. P. 6004(F), and Local Rule 6004-1(D)* ("Motion") filed by Maria Yip ("Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Robert S. Sayre and Olga Lidia Reyes ("Debtors"). The Court, noting that the Motion was served on all creditors and parties in interest, that no objection was filed to the Motion, and finds that the relief sough in the Motion is reasonable and in the best interest of the creditors and the

Debtors' bankruptcy estate, and being otherwise fully advised in the premises, hereby,

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to take any and all actions and execute any and all documents necessary to effectuate the sale of 181 SW 52 Terrace, Plantation, FL 33137 to ALR52 Land Trust pursuant to the terms of the Agreement to Purchase Estate's Interest in Real Property Pursuant to 11 U.S.C. § 363(b).

3. The Court retains jurisdiction to modify, interpret or enforce the terms of the Agreement.

###

**Submitted by:**
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee
*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*