UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Lisset Torres                                                          Case No.   13-17894-LMI

Chapter 7

_____/

## NOTICE OF WITHDRAWAL OF *EX PARTE* MOTION FOR SALE OF PROPERTY ESTATE'S INTEREST IN REAL PROPERTY (DE # 20)

**PLEASE TAKE NOTICE** that Maria M. Yip, Trustee hereby files this Notice of Withdraw Document *Ex Parte* Motion for Sale of Property Estate's Interest in Real Property  (D.E #: 20).

Dated:  June 13, 2013

                                                  Signed:  ____/s/ Maria M. Yip, Trustee____
                                                              Maria M. Yip, Trustee
                                                              201 Alhambra Circle, Suite 501
                                                              Coral Gables, FL 33134
                                                              Telephone:  305-908-1862
                                                              Facsimile:   786-800-3903
                                                              trustee@yipcpa.com