

**ORDERED in the Southern District of Florida on June 12, 2013.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In Re:                                                            Case No. 13-15908-LMI

Yansy Montesino                                        Chapter 7 Proceeding
AKA Yansy Ibarra


_____ Debtor(s) _____                    /

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SELL
ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE
PURSUANT TO
11 U.S.C. § 363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

THIS CAUSE came before the Court upon consideration of the *Motion to Sell*

*Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. Motion to Sell*

*Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. §363(B), Fed. R.*

*Bankr. P. 6004(F), and Local Rule 6004-1(D)* ("Motion") filed by Maria M. Yip ("Trustee"),

the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Yansy

Montesino ("Debtor").  The Court, noting that the Motion was served on all creditors and parties in interest, that no objection was filed to the Motion, and finds that the relief sough in the Motion is reasonable and in the best interest of the creditors and the Debtor's bankruptcy estate, and being otherwise fully advised in the premises, hereby, **ORDERED AND ADJUDGED** as follows:

     1.    The Motion is **GRANTED**.

     2.    The Trustee is authorized to take any and all actions and execute any and all documents necessary to effectuate the sale of 5975 SW 137 Ave, Miami, FL 33183 to ALR138 LAND TRUST pursuant to the terms of the Agreement to Purchase Estate's Interest in Real Property Pursuant to 11 U.S.C. §  363(b).

     3.    The Court retains jurisdiction to modify, interpret or enforce the terms of the Agreement.

###

**Submitted by:**
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone:  305-908-1862
Facsimile:  786-800-3903
trustee@yipcpa.com

**Copies Furnished to:**
Maria M. Yip, Trustee
*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*