UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

Yansy Montesino                                    Case No.   13-15908-LMI

                                                   Chapter 7


_____/

### NOTICE OF WITHDRAWAL OF *EX PARTE* MOTION FOR SALE OF PROPERTY ESTATE'S INTEREST IN REAL PROPERTY (DE # 20)

**PLEASE TAKE NOTICE** that Maria M. Yip, Trustee hereby files this Notice of Withdraw Document *Ex Parte* Motion for Sale of Property Estate's Interest in Real Property    (D.E #: 20).

Dated:  June 28, 2013

                                        Signed:  ____/s/ Maria M. Yip, Trustee____
                                        Maria M. Yip, Trustee
                                        201 Alhambra Circle, Suite 501
                                        Coral Gables, FL 33134
                                        Telephone:  305-908-1862
                                        Facsimile:   786-800-3903
                                        trustee@yipcpa.com